court judges or to anyone else except the Senate sitting as a court of impeachment. Article II, § 4, of the Constitution provides that "Officers of the United States," which includes judges, "shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors," and Art. I, §§ 2 and 3, state that impeachment can be instituted only on recommendation of the House of Representatives and that trial can be held only by the Senate. To hold that judges can do what this Judicial Council has tried to do to Judge Chandler here would in my judgment violate the plan of our Constitution to preserve, as far as possible, the liberty of the people by guaranteeing that they have judges wholly independent of the Government or any of its agents with the exception of the United States Congress acting under its limited power of impeachment. We should stop in its infancy, before it has any growth at all, this idea that the United States district judges can be made accountable for their efficiency or lack of it to the judges just over them in the federal judicial system. The only way to do that is to grant this stay and I am in favor of granting it.

JANUARY 24, 1966.

No. 945, Misc. GREEN, DBA JIM GREEN'S TRUCKING Co. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA. Motion for leave to file petition for writ of certiorari denied. *Thomas S. Tobin* for petitioner. *Mary Moran Pajalich* for respondent.

No. 990, Misc. IN RE TUCKER. Motion for leave to file petition for writ of mandamus denied.